IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DIANA JAMES,

        Plaintiff,

v.

AT&T WEST DISABILITY BENEFITS PROGRAM,

        Defendant.
_____/

No. C 12-06318

**CASE MANAGEMENT ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court held a Case Management Conference on May 9, 2013. Counsel for plaintiff failed to appear. Plaintiff's counsel is directed to file a declaration no later than Thursday May 16, 2013 explaining the failure to appear at this morning's conference. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

EARLY NEUTRAL EVALUATION. The parties are hereby REFERRED to the ADR Department for the purpose of completing an Early Neutral Evaluation, to take place, ideally, within the next sixty (60) days.

1    2.	FURTHER CASE MANAGEMENT CONFERENCE.  A further case
2 management conference will be held on **July 25, 2013 at 10:00 a.m.**, in Courtroom 3, 17th
3 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The
4 parties shall file a Joint Case Management Statement at least one week prior to the Conference.
5 Scheduling of remaining dates will be done at this time.

7    IT IS SO ORDERED.
8 DATED:  5/9/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2