LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 (erroneously sued as AT&T WEST DISABILITY BENEFITS PROGRAM)

LAURENCE F. PADWAY (State Bar No. 89314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

DAVID J. LINDEN (State Bar No. 41221)
Post Office Box 5780
Napa, California 94581
Telephone: (707) 252-7007
Facsimile: (707) 252-7883

Attorneys for Plaintiff DIANA JAMES

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIANA JAMES,

Plaintiff,

vs.

AT&T WEST DISABILITY BENEFITS PROGRAM

Defendant.

Case No. 3:12-CV-06318 RS

**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CASE MANAGEMENT ORDER**

Complaint Filed: December 12, 2012

Plaintiff Diana James ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1 (erroneously sued as AT&T West Disability Benefits Program) (collectively the "Parties") through their respective counsel present the following stipulation and proposed order regarding an extension of the date to complete an Early Neutral Evaluation and to continue the further case

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

management conference for a date after the Early Neutral Evaluation is completed.

WHEREAS on May 2, 2013, the Parties consented to participate in a court-sponsored Early Neutral Evaluation (Dkt No. 11);

WHEREAS on May 9, 2013, the Court issued its Case Management Order, referring the parties to the Court's ADR Program for the purpose of completing an Early Neutral Evaluation to take place within sixty (60) days of the Order, or by July 8, 2013, and setting a further case management conference for July 25, 2013 (Dkt No. 13);

WHEREAS on May 22, 2013, the Court assigned R. Bradford Huss as the Evaluator to this case (Dkt No. 15);

WHEREAS the initial pre-session conference call with the Evaluation was scheduled for June 5, 2013, but did not take place due to Plaintiff's counsel's unavailability, and had to be rescheduled for another date;

WHEREAS the pre-session conference call has not yet been rescheduled and the ENE date had not yet been set;

WHEREAS the Evaluator is unavailable to conduct the ENE for most of July due to scheduling conflicts and vacation schedules, the Parties therefore desire to extend the date by which the ENE is to be completed to August 23, 2013, and to continue the further case management conference to a date thereafter, or September 5, 2013.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the Court's Case Management Order be modified such that an Early Neutral Evaluation is to be completed by August 23, 2013, and the further case management conference is continued to September 5, 2013.

Dated: June 17, 2013

LAFAYETTE & KUMAGAI LLP

*/s/ Rebecca K. Kimura*
REBECCA K. KIMURA
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

Dated: June 17, 2013

LAW OFFICES OF LAURENCE F. PADWAY

*/s/ Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
DIANA JAMES

**ORDER**

The Court, having reviewed the Parties' Stipulation to Modify the Case Management Order, and good cause appearing, hereby modifies the existing Case Management Order and adopts the deadlines provided above. The Early Neutral Evaluation shall be completed by August 23, 2013, and the further case management conference shall be continued to September ~~5, 2013~~ 19, 2013.

IT IS SO ORDERED.

DATED: 6/19/13

Honorable Richard Seeborg
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on June 17, 2013, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ Rebecca K. Kimura*
REBECCA K. KIMURA

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605