UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

DIANA JAMES,
    Plaintiff,

v.

AT&T UMBRELLA BENEFIT PLAN NO. 1,
    Defendant.

No. C 12-6318 WHO

**ORDER RE: ATTENDANCE AT ENE**

Date:     August 20, 2013
Evaluator:  Bradford Huss

    IT IS HEREBY ORDERED that the request to excuse defendant AT&T Umbrella Benefit Plan No. 1's client representative, John D. Adkins, from appearing in person at the August 20, 2013, ENE before Bradford Huss is DENIED. The court finds that defendant has not adequately shown how requiring Mr. Adkins to attend the ENE in person would cause him 'extraordinary or otherwise unjustifiable hardship' as set for in ADR L.R. 5-10(d). Accordingly, the request is DENIED and Mr. Adkins shall attend the session in person.

    IT IS SO ORDERED.

August 2, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge