LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant AT&T UMBRELLA BENEFIT PLAN NO. 1 (erroneously sued as AT&T WEST DISABILITY BENEFITS PROGRAM)

LAURENCE F. PADWAY (State Bar No. 89314)
LAW OFFICES OF LAWRENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:   (510) 814-6100
Facsimile:   (510) 814-0650

DAVID J. LINDEN (State Bar No. 41221)
Post Office Box 5780
Napa, California 94581
Telephone:   (707) 252-7007
Facsimile:   (707) 252-7883

Attorneys for Plaintiff DIANA JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA JAMES,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T WEST DISABILITY BENEFITS PROGRAM<br><br>    Defendant. | Case No. 3:12-CV-06318 WHO<br><br>**STIPULATION FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ORDER**<br><br>Complaint Filed: December 12, 2012 |

STIPULATION FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ORDER
(Case No. 3:12-CV-06318 WHO)                                                                1

Following the case management conference held on February 4, 2014, Plaintiff Diana James and Defendant AT&T Umbrella Benefit Plan No. 1 (the "Parties") stipulate and agree on the following briefing schedule for cross-motions for summary judgment:

1. Opening briefs shall be filed on or by February 28, 2014;

2. Oppositions shall be filed on or by March 21, 2014;

3. Replies shall be filed on or by April 2, 2014;

4. Hearing on Motions for Summary Judgment shall be scheduled for April 16, 2014 at 2:00 p.m. in Courtroom 2.

Respectfully submitted,

Dated: February 19, 2014   LAFAYETTE & KUMAGAI LLP

 */s/ Rebecca K. Kimura*
REBECCA K. KIMURA
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

Dated: February 19, 2014   LAW OFFICES OF LAWRENCE F. PADWAY

 */s/  Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
DIANA JAMES

**ORDER**

**IT IS SO ORDERED.**

DATED: February 19, 2014                                         _____
Honorable William H. Orrick
United Stated District Judge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605