UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA JAMES,<br>     Plaintiff,<br>     v.<br>AT&T WEST DISABILITY BENEFITS PROGRAM, et al.,<br>     Defendants. | Case No. 12-cv-06318-WHO<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 58 |

On June 19, 2014, the parties informed me that they are unable to submit a joint proposed judgment in accordance with my Order resolving their cross-motions for summary judgment. They have asked that I set a briefing schedule to consider their disputes. Accordingly, I ORDER as follows:

The parties shall file cross-briefs of no more than 10 pages by June 27, 2014.

The parties shall file any reply of no more than three pages by July 1, 2014. By that date, they shall each file a proposed form of judgment.

I will then decide whether a hearing is necessary.

**IT IS SO ORDERED.**

Dated: June 20, 2014

_____
WILLIAM H. ORRICK
United States District Judge